# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | BANKRUPTCY NO. 16-20250-GLT |
| ALBENSI, RICHARD G. ) | |
| ALBENSI, ANNETTE S. ) | CHAPTER 7 |
| ) | |
| DEBTOR(S) ) | DOCUMENT NO. |
| ************************************ ) | |
| ROBERT H. SLONE, TRUSTEE ) | |
| ) | |
| MOVANT(S) ) | |
| ) | |
| VS. ) | |
| ) | |
| NO RESPONDENTS ) | |
| ) | |
| RESPONDENT(S) ) | |

## WITHDRAWAL OF TRUSTEE'S REPORT OF NO DISTRIBUTION

The Trustee in the above captioned Chapter 7 case, Robert H. Slone, hereby withdraws the Trustee's Report of No Distribution filed on 7/8/2016.

Dated: July 14, 2016           /S/  ROBERT H. SLONE
                               Robert H. Slone, Esquire
                               PA I.D. No. 19963
                               MAHADY & MAHADY
                               223 South Maple Avenue
                               Greensburg, PA 15601
                               Ph #(724) 834-2990
                               E-mail:  robertslone223@gmail.com