FILED
7/20/16 8:31
CLERK
U.S. BANKRUPTCY
COURT - PGH

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) BANKRUPTCY NO. 16-20250-GLT |
| ALBENSI, RICHARD G. | ) |
| ALBENSI, ANNETTE S. | ) CHAPTER 7 |
| | ) |
| DEBTOR(S) | ) DOCUMENT NO. |
| ********************************** | ) |
| ROBERT H. SLONE, TRUSTEE | ) |
| | ) Related to Docket No. 30 |
| MOVANT(S) | ) |
| | ) |
| VS. | ) |
| | ) |
| NO RESPONDENTS | ) |
| | ) |
| RESPONDENT(S) | ) |

### WITHDRAWAL OF TRUSTEE'S REPORT OF NO DISTRIBUTION

The Trustee in the above captioned Chapter 7 case, Robert H. Slone, hereby withdraws the Trustee's Report of No Distribution filed on 7/8/2016.

Dated:  July 14, 2016             /S/   ROBERT H. SLONE
                                                      Robert H. Slone, Esquire
                                                      PA I.D. No. 19963
                                                      MAHADY & MAHADY
                                                      223 South Maple Avenue
                                                      Greensburg, PA 15601
                                                      Ph #(724) 834-2990
                                                      E-mail:   robertslone223@gmail.com

SO ORDERED
July 18, 2016

*[signature]* drb

United States Bankruptcy Court
Western District of Pennsylvania

In re:    Case No. 16-20250-GLT
Richard G. Albensi    Chapter 7
Annette S. Albensi
    Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: amaz    Page 1 of 1    Date Rcvd: Jul 18, 2016
                          Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2016.
db/jdb        Richard G. Albensi,    Annette S. Albensi,    1200 2nd Street,
         Westmoreland City, PA   15692-1140

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                            TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                  TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2016                                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2016 at the address(es) listed below:
        Andrew F Gornall    on behalf of Creditor    JPMorgan Chase Bank, National Association
         agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
        Dennis J. Spyra    on behalf of Joint Debtor Annette S. Albensi attorneyspyra@dennisspyra.com,
         deborah@dennisspyra.com;missdebrastone@msn.com
        Dennis J. Spyra    on behalf of Debtor Richard G. Albensi attorneyspyra@dennisspyra.com,
         deborah@dennisspyra.com;missdebrastone@msn.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Robert H. Slone, Trustee    robertslone223@gmail.com,   rslone@pulsenet.com;pa07@ecfcbis.com
        Robert H. Slone, Trustee    on behalf of Trustee Robert H. Slone, Trustee robertslone223@gmail.com,
         rslone@pulsenet.com;pa07@ecfcbis.com
                                                                                                             TOTAL: 6