| | | |
|---|---|---|
| ROBERT H. SLONE | The Honorable: | GREGORY L. TADDONIO |
| 223 SOUTH MAPLE AVENUE | Chapter   7 | |
| GREENSBURG, PA  15601 | Location: | Courtroom A |
| (724) 834-2990 | Hearing Date: | 02/09/2017 |
| Chapter 7 Trustee | Hearing Time: | 10:30am |
| | Response Date: | 01/23/2017 |

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA
# PITTSBURGH DIVISION

In re:
ALBENSI, RICHARD G.              § Case No. 16-20250-GLT
ALBENSI, ANNETTE S.              §
                                 § Chapter 7
Debtor(s)                        §
                                 § Document No.
***************************
*******
ROBERT H. SLONE, TRUSTEE
Movant

VS.

NO RESPONDENTS
Respondent(s)

---

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
<u>ROBERT H. SLONE</u>, trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

   The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:
   5414 US Steel Tower, 600 Grant Street, Pittsburgh, PA 15219

**UST Form 101-7-NFR (10/1/2010)**

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 24 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 02/09/2017 in Courtroom A, United States Courthouse, 5414 US Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  12/28/2016          By:  /s/   ROBERT H. SLONE
                                                                                                      Trustee

ROBERT H. SLONE
223 SOUTH MAPLE AVENUE
GREENSBURG, PA  15601
(724) 834-2990
robertslone223@gmail.com

**UST Form 101-7-NFR (10/1/2010)**

| | | |
|---|---|---|
| ROBERT H. SLONE | The Honorable: | GREGORY L. TADDONIO |
| 223 SOUTH MAPLE AVENUE | Chapter   7 | |
| GREENSBURG, PA  15601 | Location: | Courtroom A |
| (724) 834-2990 | Hearing Date: | 02/09/2017 |
| Chapter 7 Trustee | Hearing Time: | 10:30am |
| | Response Date: | 01/23/2017 |

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA
# PITTSBURGH DIVISION

In re:  
ALBENSI, RICHARD G.   § Case No. 16-20250-GLT  
ALBENSI, ANNETTE S.    § Chapter 7  
Debtor(s)              § Document No.  
*****************************  
*******  
ROBERT H. SLONE, TRUSTEE  
Movant  

VS.  

NO RESPONDENTS  
Respondent(s)  

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $   26,974.09 |
| *and approved disbursements of* | $   128.42 |
| *leaving a balance on hand of*  [1] | $   26,845.67 |

**Balance on hand:**                $   26,845.67

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:   $   0.00  
Remaining balance:                        $   26,845.67

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ROBERT H. SLONE | 3,447.41 | 0.00 | 3,447.41 |
| Trustee, Expenses - ROBERT H. SLONE | 15.50 | 0.00 | 15.50 |

Total to be paid for chapter 7 administration expenses:  $   3,462.91
Remaining balance:  $   23,382.76

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $   0.00
Remaining balance:  $   23,382.76

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:  $   0.00
Remaining balance:  $   23,382.76

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 19,329.51 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 1,822.92 | 0.00 | 1,822.92 |
| 2 | Capital One NA | 1,455.09 | 0.00 | 1,455.09 |
| 3 | PNC BANK N.A. | 6,331.49 | 0.00 | 6,331.49 |
| 4 | Ener Bank USA | 9,720.01 | 0.00 | 9,720.01 |

**UST Form 101-7-NFR (10/1/2010)**

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 19,329.51 |
| Remaining balance: | $ | 4,053.25 |

Tardily filed claims of general (unsecured) creditors totaling $ 4,831.73 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 83.9 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | Citizens Bank | 4,831.73 | 0.00 | 4,053.25 |

|  |  |  |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 4,053.25 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Prepared By:  /s/ROBERT H. SLONE
Robert H. Slone, Trustee

ROBERT H. SLONE
223 SOUTH MAPLE AVENUE
GREENSBURG, PA  15601
(724) 834-2990
robertslone223@gmail.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Richard G. Albensi  
Annette S. Albensi  
    Debtors

Case No. 16-20250-GLT  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: amaz     Page 1 of 2     Date Rcvd: Dec 29, 2016  
                  Form ID: pdf900    Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2016.

```
db/jdb         Richard G. Albensi,    Annette S. Albensi,    1200 2nd Street,
                 Westmoreland City, PA 15692-1140
14170617      +Capital One,    PO Box 71107,    Charlotte, NC 28272-1107
14247399       Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
14272553       Capital One NA,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14170618       Card Member Services/Chase,    P.O. Box 15153,    Wilmington, DE 19886-5153
14170619       Chase Home Mortgage,    3415 Vision Drive,    Columbus, OH 43219-6009
14170620       Citi,    P.O. Box 9001037,    Louisville, KY 40290-1037
14317416      +Citizens Bank,    1 Citizens Drive,    ROP15B,    Riverside R.I 02915-3019
14170621       Elizabeth Township Sanitary Authority,    c/o Legal Tax Service, Inc.,    P.O. Box 10020,
                 Pittsburgh, PA 15236-6020
14170622      +Ener Bank USA,    1245 Brickyard Road, Suite 600,    Salt Lake City, UT 84106-2562
14170623      +First National Bank,    1 FNB Boulevard,    Hermitage, PA 16148-3363
14170626      +KML Law Group, P.C.,    Suite 5000, BNY Mellon Independence Ctr.,    701 Market Street,
                 Philadelphia, PA 19106-1538
14275907      +PNC BANK N.A.,    P.O. BOX 94982,    CLEVELAND, OH 44101-4982
14170629      +PNC Bank,    One Financial Parkway,    Mail Code A1-YB43-02-1,    Kalamazoo, MI 49009-8003
14170630      +Scott's Land,    110 Maple Drive,    Centre Hall, PA 16828-8960
14170631       UPMC East,    P.O. Box 382509,    Pittsburgh, PA 15250-8059
14170632     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: US Bank,    P.O. Box 790408,    Saint Louis, MO 63179-0408)
14170634     ++WESTMORELAND COMMUNITY FCU,    1007 GEORGES STATION RD,    GREENSBURG PA 15601-6982
              (address filed with court:  Westmoreland Community FCU,    1007 George Station,
                 Greensburg, PA 15601)
14170633      +Waste Management Retail,    c/o The Recievable Management,    240 Emery Street,
                 Bethlehem, PA 18015-1980
14170635      +Westmoreland EM Med Specialists PC,    P.O. Box 1348,    Indiana, PA 15701-5348
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
cr             E-mail/PDF: rmscedi@recoverycorp.com Dec 30 2016 01:00:14
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL 33131-1605
14170627       E-mail/Text: bnckohlsnotices@becket-lee.com Dec 30 2016 01:22:05      Kohl's Payment Center,
                 P.O. Box 2983,    Milwaukee, WI 53201-2983
14170628      +E-mail/Text: blegal@phfa.org Dec 30 2016 01:22:19      PHFA,    2101 N. Front Street,
                 Harrisburg, PA 17110-1086
14208698       E-mail/PDF: rmscedi@recoverycorp.com Dec 30 2016 00:59:59
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                              TOTAL: 4
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
cr             JPMorgan Chase Bank, National Association
14170624*     +First National Bank,    1 FNB Boulevard,    Hermitage, PA 16148-3363
14170625*     +First National Bank,    1 FNB Boulevard,    Hermitage, PA 16148-3363
                                                                                   TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2016                                            Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: amaz                  Page 2 of 2              Date Rcvd: Dec 29, 2016
                              Form ID: pdf900             Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 28, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    JPMorgan Chase Bank, National Association
               agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Dennis J. Spyra    on behalf of Joint Debtor Annette S. Albensi attorneyspyra@dennisspyra.com,
               deborah@dennisspyra.com;missdebrastone@msn.com
              Dennis J. Spyra    on behalf of Debtor Richard G. Albensi attorneyspyra@dennisspyra.com,
               deborah@dennisspyra.com;missdebrastone@msn.com
              James Warmbrodt    on behalf of Creditor    JPMorgan Chase Bank, National Association
               bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Robert H. Slone, Trustee    robertslone223@gmail.com,   rslone@pulsenet.com;pa07@ecfcbis.com
              Robert H. Slone, Trustee    on behalf of Trustee Robert H. Slone, Trustee robertslone223@gmail.com,
               rslone@pulsenet.com;pa07@ecfcbis.com
                                                                                             TOTAL: 7
```