## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **Bankruptcy No. 16-20250-GLT** |
| **ALBENSI, RICHARD G.** | ) | |
| **ALBENSI, ANNETTE S.** | ) | **Chapter 7** |
| **Debtor** | ) | |
| | ) | **RE: Document No. 40** |
| ********************************** | ) | |
| **ROBERT H. SLONE, TRUSTEE** | ) | **Document No.** |
| | ) | |
| **Movant** | ) | **Hearing Date: 2/9/17 @ 10:30 a.m.** |
| | ) |  **Courtroom A—Pittsburgh, PA** |
| **vs.** | ) | |
| | ) | |
| **NO RESPONDENTS** | ) | |

### CERTIFICATION OF NO OBJECTION REGARDING
### NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the *Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)* has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the *Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)*  appears thereon. Pursuant to the Notice of Hearing, objections to the *Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)* were to be filed and served no later than January 23, 2017.

It is hereby respectfully requested that the Order attached to the *Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) be* entered by the Court.

Dated:  January 24, 2017         By: /s/ ROBERT H. SLONE
                                                Robert H. Slone, Esquire
                                                MAHADY & MAHADY
                                                223 South Maple Avenue
                                                Greensburg, PA 15601
                                                (724) 834-2990
                                                PA I.D. No. 19963
                                                robertslone223@gmail.com