# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA
# PITTSBURGH DIVISION

| | |
|---|---|
| In re: § | |
| ALBENSI, RICHARD G. § | Case No. 16-20250 |
| ALBENSI, ANNETTE S. § | |
| Debtor(s) § | Chapter 7 |
| **************************** § | |
| ******* | Document No. |
| ROBERT H. SLONE, TRUSTEE | |
| Movant | |
| | |
| VS. | |
| | |
| NO RESPONDENTS | |
| Respondent(s) | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

ROBERT H. SLONE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $206,800.00 | Assets Exempt: $26,900.00 |
| *(without deducting any secured claims)* | |
| Total Distribution to Claimants: $23,382.76 | Claims Discharged Without Payment: $25,822.59 |
| Total Expenses of Administration: $3,591.33 | |

3) Total gross receipts of $ 26,974.09 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $26,974.09 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $187,582.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,591.33 | 3,591.33 | 3,591.33 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 41,665.23 | 24,161.24 | 24,161.24 | 23,382.76 |
| **TOTAL DISBURSEMENTS** | $229,247.23 | $27,752.57 | $27,752.57 | $26,974.09 |

    4) This case was originally filed under Chapter 7 on January 28, 2016. The case was pending for 15 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/18/2017     By: /s/ROBERT H. SLONE
                                   Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Estate of William G. Malicky | 1290-000 | 26,974.09 |
| **TOTAL GROSS RECEIPTS** | | **$26,974.09** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | First National Bank | 4110-000 | 18,000.00 | N/A | N/A | 0.00 |
| NOTFILED | First National Bank | 4110-000 | 37,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Westmoreland Community FCU | 4110-000 | 23,582.00 | N/A | N/A | 0.00 |
| NOTFILED | PHFA | 4110-000 | 42,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Home Mortgage | 4110-000 | 67,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$187,582.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - ROBERT H. SLONE | 2100-000 | N/A | 3,447.41 | 3,447.41 | 3,447.41 |
| Trustee Expenses - ROBERT H. SLONE | 2200-000 | N/A | 15.50 | 15.50 | 15.50 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 42.54 | 42.54 | 42.54 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 38.61 | 38.61 | 38.61 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 37.27 | 37.27 | 37.27 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $3,591.33 | $3,591.33 | $3,591.33 |

# EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

# EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

# EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 7100-000 | 509.00 | 1,822.92 | 1,822.92 | 1,822.92 |
| 2 | Capital One NA | 7100-000 | 1,330.12 | 1,455.09 | 1,455.09 | 1,455.09 |
| 3 | PNC BANK N.A. | 7100-000 | 5,062.00 | 6,331.49 | 6,331.49 | 6,331.49 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | Ener Bank USA | 7100-000 | 9,720.00 | 9,720.01 | 9,720.01 | 9,720.01 |
| 5 | Citizens Bank | 7200-000 | N/A | 4,831.73 | 4,831.73 | 4,053.25 |
| NOTFILED | Waste Management Retail/ The Recievable Management | 7100-000 | 289.00 | N/A | N/A | 0.00 |
| NOTFILED | UPMC East | 7100-000 | 100.02 | N/A | N/A | 0.00 |
| NOTFILED | Westmoreland EM Med Specialists PC | 7100-000 | 588.00 | N/A | N/A | 0.00 |
| NOTFILED | First National Bank | 7100-000 | 402.00 | N/A | N/A | 0.00 |
| NOTFILED | US Bank | 7100-000 | 6,274.59 | N/A | N/A | 0.00 |
| NOTFILED | Elizabeth Township Sanitary Authority/ Legal Tax | 7100-000 | 39.55 | N/A | N/A | 0.00 |
| NOTFILED | Card Member Services/Chase | 7100-000 | 12,102.96 | N/A | N/A | 0.00 |
| NOTFILED | Citi | 7100-000 | 5,247.99 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $41,665.23 | $24,161.24 | $24,161.24 | $23,382.76 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 16-20250  
**Case Name:** ALBENSI, RICHARD G.  
ALBENSI, ANNETTE S.  
**Period Ending:** 04/18/17

**Trustee:** (580040) ROBERT H. SLONE  
**Filed (f) or Converted (c):** 01/28/16 (f)  
**§341(a) Meeting Date:** 03/11/16  
**Claims Bar Date:** 08/28/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1104 Schweitzer Road, McKeesport, PA<br>  Allegheny County Real Estate<br>Relief of Stay granted 4/25/2016 | 67,000.00 | 0.00 | | 0.00 | FA |
| 2 | 1200 Second Street, Westmoreland City, PA | 80,000.00 | 0.00 | | 0.00 | FA |
| 3 | 15135-0000, 15135-0000, is 15135-0000, 1.1 What (u)<br>  Duplicate Asset added upon import - should not be listed | 0.00 | 0.00 | | 0.00 | FA |
| 4 | 1200 Second Street, Westmoreland City, PA 15692- (u)<br>  Duplicate Asset added upon import - should not be listed | 0.00 | 0.00 | | 0.00 | FA |
| 5 | Cash | 100.00 | 0.00 | | 0.00 | FA |
| 6 | Business Bank Account: First National Bank | 500.00 | 0.00 | | 0.00 | FA |
| 7 | Deposits of money: First National Bank | 100.00 | 0.00 | | 0.00 | FA |
| 8 | Checking: First National Bank | 300.00 | 0.00 | | 0.00 | FA |
| 9 | Checking: PNC Bank | 1,000.00 | 0.00 | | 0.00 | FA |
| 10 | Deposits of money: PNC Bank | 1,200.00 | 0.00 | | 0.00 | FA |
| 11 | miscellanious househould goods and furnishings f | 4,000.00 | 0.00 | | 0.00 | FA |
| 12 | MIsc clothing | 300.00 | 0.00 | | 0.00 | FA |
| 13 | Misc iewlery and wedding rings | 1,500.00 | 0.00 | | 0.00 | FA |
| 14 | Int. in Ins. policies: Nationwide Insurance Comp | 0.00 | 0.00 | | 0.00 | FA |
| 15 | 2016 Income Tax Refund (Estimated amount): Feder | 1,200.00 | 0.00 | | 0.00 | FA |
| 16 | Unknown (Estate not filed)  (u)<br>  Eileen Albensi Estate<br>Added as per amendment filed 3/23/2016 | 0.00 | 0.00 | | 0.00 | FA |
| 17 | 2014 Toyota Tacoma | 23,000.00 | 0.00 | | 0.00 | FA |
| 18 | 2011 Chevy Cruz. | 2,000.00 | 0.00 | | 0.00 | FA |
| 19 | Beauty Parlor - Assets<br>200 Brackenridge<br>  This asset was listed on original schedules, but was | 12,000.00 | 0.00 | | 0.00 | FA |

Printed: 04/18/2017 02:04 PM    V.13.30

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-20250  
**Case Name:** ALBENSI, RICHARD G.  
ALBENSI, ANNETTE S.  
**Period Ending:** 04/18/17

**Trustee:** (580040) ROBERT H. SLONE  
**Filed (f) or Converted (c):** 01/28/16 (f)  
**§341(a) Meeting Date:** 03/11/16  
**Claims Bar Date:** 08/28/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | not listed on the amendment filed 3/23/2016 |  |  |  |  |  |
| 20 | Beauty Parlor Equipment (Brackenridge) (u)<br>This asset was listed on amendment filed 3/23/2016 | 3,100.00 | 0.00 |  | 0.00 | FA |
| 21 | Travel Trailer (u)<br>Added as per amendment filed 3/23/2016 | 9,500.00 | 0.00 |  | 0.00 | FA |
| 22 | Estate of William G. Malicky (u) | Unknown | 26,974.09 |  | 26,974.09 | FA |
| 22 | **Assets** **Totals** (Excluding unknown values) | **$206,800.00** | **$26,974.09** |  | **$26,974.09** | **$0.00** |

**Major Activities Affecting Case Closing:**

There was no inheritance in the Eileen Albensi Estate. There is money in the Estate of William G. Malicky that Debtor wife will receive. Trustee has received those funds and made deposit. Trustee is waiting for any amendments to schedules to be filed to he can pay any exemptions due and owing. Trustee will then review claims when applicable and propose a distribution to creditors.

3/5/2016 - Review petition and schedules;   4/1/2016 - Corr to Paula Russo re: estate funds;   5/26/2016 - Call from Paula Russo;   7/8/2016 - Corr frm Atty. Babyak re: no inheritance from Eileen Albensi Estate - NDR filed 7/8/2016 - Call from Paula Russo 7/14/2016 re: funds debtor is to receive in estate of William Malicky - NDR withdrawn 7/18/2016 - 7/21/2016 - BMS case input (assets, dates, notes & memos) - Asset Notice refiled;   7/22/2016 - Deposit made (funds from Est. of Wm. Malicky);   8/18/2016 - Reconcile bank statement for 7/2016;   9/12/2016 - Reconcile bank statement for 8/2016;   9/29/2016 - Review Forms 1 & 2 for Trustee Annual Report;   10/28/2016 - Review claims; Annotate claims; Review docket;   11/4/2016 - Preparation of TFR & Proposed Distribution

**Initial Projected Date Of Final Report (TFR):** October 30, 2016    **Current Projected Date Of Final Report (TFR):** November 4, 2016  (Actual)

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 16-20250
**Case Name:** ALBENSI, RICHARD G.
ALBENSI, ANNETTE S.
**Taxpayer ID #:** **-***4558
**Period Ending:** 04/18/17

**Trustee:** ROBERT H. SLONE (580040)
**Bank Name:** Rabobank, N.A.
**Account:** ******3866 - Checking Account
**Blanket Bond:** $13,793,048.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 07/22/16 | {22} | PNC Bank | Inheritance of William G. Malicky Estate (Annette Albensi) | 1290-000 | 26,974.09 | | 26,974.09 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 26,964.09 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 42.54 | 26,921.55 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.61 | 26,882.94 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.27 | 26,845.67 |
| 02/10/17 | 101 | ROBERT H. SLONE | Dividend paid 100.00% on $3,447.41, Trustee Compensation; Reference: | 2100-000 | | 3,447.41 | 23,398.26 |
| 02/10/17 | 102 | ROBERT H. SLONE | Dividend paid 100.00% on $15.50, Trustee Expenses; Reference: | 2200-000 | | 15.50 | 23,382.76 |
| 02/10/17 | 103 | Capital One Bank (USA), N.A. | Final Distribution; Dividend paid 100.00% on $1,822.92; Claim# 1; Filed: $1,822.92; Reference: xxxxxx4487 | 7100-000 | | 1,822.92 | 21,559.84 |
| 02/10/17 | 104 | Capital One NA | Final Distribution; Dividend paid 100.00% on $1,455.09; Claim# 2; Filed: $1,455.09; Reference: xxxxxx1311 | 7100-000 | | 1,455.09 | 20,104.75 |
| 02/10/17 | 105 | PNC BANK N.A. | Final Distribution; Dividend paid 100.00% on $6,331.49; Claim# 3; Filed: $6,331.49; Reference: xxxxxx4775 | 7100-000 | | 6,331.49 | 13,773.26 |
| 02/10/17 | 106 | Ener Bank USA | Final Distribution; Dividend paid 100.00% on $9,720.01; Claim# 4; Filed: $9,720.01; Reference: xxxxxx3770 | 7100-000 | | 9,720.01 | 4,053.25 |
| 02/10/17 | 107 | Citizens Bank | Final Distribution; Dividend paid 83.88% on $4,831.73; Claim# 5; Filed: $4,831.73; Reference: | 7200-000 | | 4,053.25 | 0.00 |

| | | |
|---|---|---|
| **ACCOUNT TOTALS** | 26,974.09 | 26,974.09 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 26,974.09 | 26,974.09 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$26,974.09** | **$26,974.09** | |

{} Asset reference(s)

Printed: 04/18/2017 02:04 PM    V.13.30

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 16-20250 | | **Trustee:** | ROBERT H. SLONE (580040) |
| --- | --- | --- | --- | --- |
| **Case Name:** | ALBENSI, RICHARD G. | | **Bank Name:** | Rabobank, N.A. |
| | ALBENSI, ANNETTE S. | | **Account:** | ******3866 - Checking Account |
| **Taxpayer ID #:** | **-***4558 | | **Blanket Bond:** | $13,793,048.00  (per case limit) |
| **Period Ending:** | 04/18/17 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

| | | | |
| --- | --- | --- | --- |
| Net Receipts : | 26,974.09 | | |
| Net Estate : | $26,974.09 | | |

| | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******3866** | 26,974.09 | 26,974.09 | 0.00 |
| | $26,974.09 | $26,974.09 | $0.00 |

{} Asset reference(s)

Printed: 04/18/2017 02:04 PM     V.13.30